# Exhibit 2

ANDREA BUTTROSS   -   December 10, 2024

```
              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF TEXAS
                   MARSHALL DIVISION


KAREN LESTER,              )
                           )
                           )
       Plaintiff,          )
                           )
                           )
V.                         ) Case No. 2:23-cv-00624
                           )
                           )
                           )
WILEY COLLEGE,             )
                           )
                           )
       Respondents.        )
_____  )    (JURY DEMANDED)

_____


       ZOOM VIDEOTAPED DEPOSITION OF ANDREA BUTTROSS

             Tuesday, December 10th, 2024


_____

               A P P E A R A N C E S


For the Plaintiff:
     MR. MICHAEL PATRICK DOYLE
     DOYLE DENNIS AVERY, L.L.P.
     3401 Allen Parkway, Suite 100
     Houston, Texas 77019
     Phone: (713)571-1148
     Email: service@doylelawfirm.com

For the Defendant:

     MS. AVVENNETT GEZAHAN
     Jackson Lewis, LLP
     500 N. Akard, Suite 2500
     Dallas, Texas 75201

Reported by:  Janice J. Broussard, CSR, RPR
```

**WWW.MILLER-REPORTING.COM   -   713-581-7799/877-721-6416**
**Email: Depositions@Miller-Reporting.Com**

**App. 15**

ANDREA BUTTROSS   -   December 10, 2024

```
 1                        I N D E X
 2
     WITNESS FOR THE PEOPLE:                              PAGE
 3
 4    ANDREA BUTTROSS
 5           Direct Examination by MR. DOYLE..........  4
 6
             Cross-Examination by MS. GEZAHAN......... 34
 7
 8           Redirect Examination by MR. DOYLE........ 45
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

ANDREA BUTTROSS   -   December 10, 2024

```
                  I N D E X (continued)

                     E X H I B I T S

Description


    Exhibit  4  .................   Page 29
    (Letter)
```

ANDREA BUTTROSS   -   December 10, 2024

```
 1              THE VIDEOGRAPHER:  Today is Tuesday,
 2    December 10th, 2024.  We're on the record at 9:03 a.m.
 3                    ANDREA BUTTROSS,
 4        Called as a witness on behalf of the Plaintiff
 5          herein, after having been first duly sworn,
 6          testified as follows:
 7              THE WITNESS:  I do.
 8                    DIRECT EXAMINATION
 9   BY MR. DOYLE:
10     Q.   Tell us your name please, ma'am.
11     A.   Andrea Buttross.
12     Q.   You work for the Louisiana Department of Public
13   Safety and Corrections?
14     A.   Yes, sir.
15     Q.   What do you do there?
16     A.   So, currently, I serve as the deputy assistant
17   secretary with reentry, education, and chaplaincy
18   services.
19     Q.   And what does that mean generally you're in
20   charge of when you tell people that?
21     A.   We oversee all of our reentry, education, and
22   chaplaincy programs in all of our State prisons, which
23   we have eight.  And then also in our parish cells that
24   are overseen by the sheriffs in the area in which the
25   jail is; however, we provide support and we do auditing
```

9

ANDREA BUTTROSS   -   December 10, 2024

1   Second Chance Pell Experiment?
2     A.   Yes, sir.
3     Q.   What is a Second Chance Pell?
4     A.   So that is -- a Second Chance Pell was an
5   experimental site initiative, through the USDOE, that
6   allowed for inmates housed in state facilities to be
7   provided a Pell grant for their education.
8          So the colleges that were accepted into the
9   experimental sites initiative had to be accepted and go
10  through the process with the USDOE, and then they
11  worked specifically with that state.  So basically it
12  allowed for us to offer degree programs utilizing Pell
13  grants in our state facilities which we had not been
14  able to do before.
15    Q.   You called something called the "USDOE," that's
16  the Department of Education?  The Federal --
17    A.   Yes.  I'm sorry.  We use acronyms.  I'm going to
18  try to not.  That's the United States Department of
19  Education.
20    Q.   And you also mentioned something about Pell
21  grant, what is a Pell grant?
22    A.   So a Pell grant -- if a person meets specific
23  qualifications, a person -- a free person or an inmate
24  is allowed to receive these grant dollars that pay for
25  a percentage of their education.  So, technically, like

ANDREA BUTTROSS    -    December 10, 2024

1  education for the inmates?
2     A.    So the way that it worked is the university was
3  to provide a person -- so a part time or a full-time
4  person at each of our facilities that would meet with
5  inmates, counsel them, provide any information that is
6  needed for course enrollment, basic, like, college
7  services that they would need to have access to.  They
8  would provide that person.
9            They would also provide and pay for the
10 technology.  We used a provider called Atlo Software.
11 Atlo Software is our education provider -- education
12 technology provider.  So they provide the technology in
13 all of our facilities around the state.
14           Ashland worked directly with them to make sure
15 that the learning management system was safe, was a
16 safe environment for our population, and then Ashland
17 administered those courses to the inmates.  They met
18 with them.  They had a site director, is what they
19 called it, at each of our facilities, whether it be
20 part time or full time.
21           They also had a Louisiana state director.  So
22 the Louisiana state director was responsible and
23 supervises each of the state directors in the
24 facilities, make sure that they are trained, make sure
25 that things gets disbursed to them in an appropriate

ANDREA BUTTROSS   -   December 10, 2024

1  Q.   I'm going to share with everybody -- and I've
2  put it in the chat, if you want to download it.  What's
3  been marked as plaintiff Exhibit 4, a letter dated
4  February 6th, 2023, from Mr. James Vaunght (phonetic).
5  It looks like you're copied.  Do you recognize this
6  letter?
7  A.   Yes.
8  Q.   How did this letter come about?
9  A.   This -- I actually wrote this letter.  This
10 letter came about from our constant issues and lack of
11 communication with Wiley.  We had asked for things.  We
12 had asked for more site visits with our inmates.
13         I went out to Raymond Laborde Correctional
14 Center one time to visit with the Wiley students
15 because there had been so many letters that were sent
16 to my office, and I went out and met with them and our
17 students sat there and told me that we are not getting
18 a lot of communication.  We don't even know what
19 classes we have to take.  We don't know how many
20 classes we have to take to graduate.  We're being told
21 we're going to graduate, and then being told we're not,
22 you know, a month later.
23         And at that point, I told them, I said, I am
24 so sorry and this is not appropriate.  And it's not
25 going to happen again.  And so we took that into our

ANDREA BUTTROSS    -    December 10, 2024

1  one?
2     Q.    Sure.  Let's try it this way.  Let's talk about
3  the first one.
4     A.    Okay.
5     Q.    What experience in delays providing safe courses
6  to participants while Wiley was involved in this Second
7  Chance Pell Program?
8     A.    So the problems with the delay in the site
9  courses is that by the time the inmates were enrolled
10 in the course they were specifically taking, they were
11 already behind in the class.  So some of the other
12 classmates may have been enrolled for two, three, four
13 weeks, and this inmate is being told that they are
14 supposed to be enrolled in this class, our site
15 director is telling us that they are supposed to be
16 enrolled in this case, and they still are not.
17    Q.    The second you've identified was, inaccurate
18 reporting, student transcripts, student status.  What
19 can you tell us about that?
20    A.    That is correct.  So I believe on numerous
21 occasions there were inmates' transcripts who didn't
22 show classes that they had already taken.  And the
23 students were able to provide us more information to
24 verify that that was indeed accurate and that they had
25 taken courses that were not showing up on their

ANDREA BUTTROSS     -    December 10, 2024

1   transcript in which Wiley was telling them that they
2   would have to take again.
3           So just a lot of discrepancies in what was
4   taken, what had been taken, what their graduation date
5   would be, all based on the courses that were required.
6     Q.   The third item is failure to provide
7   participants with formal letters notifying of status
8   changes or other information that is pertinent to
9   completing their degree.  What does that mean?
10    A.   So -- and I kind of mentioned this earlier, but
11  when I went out there, the students had not been
12  provided much information on -- some of them were like,
13  I'm supposed to graduate in January, or whatever month
14  it may have been, however, they're telling me that I'm
15  not eligible to graduate.  But here's the list of
16  classes that I was supposed to take, and I've taken all
17  of them.
18          We requested that, you know, early on that
19  they provide more formal information to the students so
20  that they were aware of what was expected of them.  And
21  we never could get them to provide that information to
22  the inmates.
23    Q.   The fourth item is, unavailably required courses
24  for participants to complete degree plan.  What do you
25  mean by that?

21

ANDREA BUTTROSS   -   December 10, 2024

1   A.   So I believe there was a situation, if I can
2   recall, a few where inmates were very, very close to
3   release and they needed one course in order to
4   graduate, and they may have been released within six
5   months.  And Wiley would say, Oh, we're not offering
6   that course right now.  So they're going to have to
7   wait until the next enrollment period, or maybe two
8   enrollment periods to where they can actually take that
9   course.
10   Q.   The fifth item, lack of in-person visits and
11   planning for such.  Why was that a concern?
12   A.   So as I mentioned earlier, it's really important
13   for the colleges to be hands on, to show face, to let
14   the students know that they support them and that the
15   content that they're receiving is accurate.
16       And trust, a trust issue, you know, a lot of
17   our students didn't trust the information that they
18   were getting from Wiley.  And that was told to me
19   directly by our students.  And that was at the point
20   where I said, y'all have got to come.  You have got to
21   make regular visits.  We can't continue this
22   communicating via e-mail, you know, once every few
23   months.  The students need to see you.  So that is
24   where that came from.
25   Q.   The sixth thing you indicated sounded similar.

**App. 24**

ANDREA BUTTROSS    -    December 10, 2024

1  Lack of monthly meetings with site coordinators, and
2  training.  Why was that a problem?
3    A.   So they were not taking place.  They were
4  supposed to be taking place.  We were told that they
5  would for a very long time.
6         Now, I will say that they had a lot of turn
7  over the course of the years that we worked with them,
8  so I assume that a lot of it was a lack of
9  communication between, you know, changing hands.
10         And so -- it's important because our staff has
11  to be trained.  They have to know what's going on at
12  Wiley.  They have to know if there's class updates,
13  curriculum updates, anything that is important to the
14  student.
15         You know, our -- the part-time staff that are
16  working in these capacities, they've never worked at a
17  college.  They don't know all of the financial aid
18  details.  They don't know all of the information about
19  a learning management system, and course requirements,
20  and degree requirements; and so it was really important
21  that they stay informed, and they did not stay
22  informed.
23    Q.   The seventh item, delay in deploying Atlo
24  devices.  Those are the laptop devices that you were
25  talking about?

1    A.    That's correct.

2    Q.    How was that an issue?

3    A.    That was -- I feel like we talked about it for a
4    year.  A lot of it was their communication.  You know,
5    I would send an e-mail and say, Hey, let's have a
6    meeting with Atlo.  You know, we need to get the ball
7    rolling.  That they were, I believe, using APDS
8    devices, which is another education technology
9    provider; and that stands for American Prison Data
10   Systems.  I believe they've since then changed their
11   name though.

12           And APDS devices just were not working well.
13   So we had the agreement that we switch all of the
14   devices to Atlo devices.  And we could never get the
15   ball rolling.  You know, it had to be -- we can make
16   that connection, but the college is the one who's
17   responsible for the learning management system that
18   goes on the device.  So if they don't work with Atlo
19   and us in that capacity, then the device is essentially
20   useless.

21   Q.    Number eight, documentation from Wiley College
22   to ensure their practice to comply with the U.S.
23   Department of Education funding deadlines.  What's that
24   about?

25   A.    Let me read that one again.  So I believe in

ANDREA BUTTROSS    -    December 10, 2024

1  this situation we were concerned about our students who
2  may have been removed from the course for various
3  reasons, however, had stayed enrolled Wiley's system
4  for way longer than should had been, and when we
5  questioned it, they would say that it would be taken
6  care of, and I believe it continued to happen.
7           And we got really concerned that they were
8  collecting Pell grants for inmates that weren't
9  enrolled at that time.  So that was one of the things
10 that we were very worried about because it kind of was
11 a continuous thing, and I believed the way -- that the
12 way that the U.S. Department of Ed works is that if a
13 student -- a student has to stay enrolled for a certain
14 percentage of time, or the money has to be repaid to
15 the Federal government.  So we got very worried that
16 that was not being done accurately, being that the list
17 never really matched who was actually enrolled.
18    Q.   So what would be the problem with collecting
19 money from the Federal government if the student's not
20 enrolled?
21    A.   Well, I think it's illegal.
22    Q.   How so?
23    A.   Because I believe that the -- I'm not going to
24 quote it, because I'm not that sure.  But I believe
25 that the law says that for a Pell grant if an inmate --

```
 1   days -- if that's what they got -- their disciplinary
 2   was then we would typically remove them from the
 3   course.  They would have to be exited if they were
 4   dropped for disciplinary.  So, yes, so, I mean, that is
 5   definitely something that we do.  We would not keep
 6   them enrolled in a class.
 7       Q.   Okay.  As far as the tablets, I know you say
 8   maybe Ms. Leewright would know more about this.  Your
 9   time as a director, Wiley was providing the students
10   with tablets, or did they transition to laptops?
11       A.   So they were using APDS tablets --
12       Q.   Uh-huh.
13       A.   When I was transitioning is when we had been
14   having conversations with Atlo and Wiley.  Atlo is the
15   one that provides the launch books, so the laptops.
16   And I don't know that that ever actually transpired.  I
17   knew that there was a lot of communication.  We talked
18   money.  We talked implementation, all of that.  I'm not
19   sure if it ever actually happened.
20       Q.   And when did you start transitioning into your
21   next role?  What year was that?
22       A.   2022.
23       Q.   The beginning or --
24       A.   The beginning.
25       Q.   Okay.  And as you were talking about the APDS
```

ANDREA BUTTROSS   -   December 10, 2024

1   laptop tablets, what was -- were they broken, or was it
2   an issue with compatibility?  What was the issue?
3      A.    So I think it may have differed at each
4   facility.  I think David Wade may have had a little bit
5   of connectivity issues.  The issues at Raymond Laborde
6   were a lot of the courses not being uploaded, and I
7   think they may have had this issue a little bit at Wade
8   too.
9           But a lot of issues with the management
10  system, with APDS and with classes being uploaded and
11  updated, and whatever else is done on the back end,
12  that did cause a lot of issues.
13     Q.    Okay.  And then the connectivity issue, we're
14  talking about the Internet?
15     A.    Okay.
16     Q.    I'm asking.  Sorry.
17     A.    Oh, yes.  I do believe that there were some
18  connective -- David Wade is in the middle of nowhere.
19     Q.    Okay.
20     A.    I normally lose service on my phone when I go
21  there.
22     Q.    Okay.
23     A.    So I do think that there were some challenges
24  there.  I think they ended up working them out, but,
25  yeah, that was something that was a challenge.

```
 1              REPORTER'S CERTIFICATE
 2       The transcript in the above-captioned case was
 3   produced from my stenographic notes taken in my
 4   capacity as Registered Professional Reporter, County
 5   El Paso, State of Colorado, at the time and place above
 6   set forth.
 7       Dated at Colorado Springs, Colorado, this 19th day
 8    of February 2025.
 9
10                            /S/ Janice Broussard
                              _____
11                            Janice Broussard, CSR, RPR
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```