# Exhibit 5

**MURIEL LEEWRIGHT  -  December 10, 2024**

```
              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF TEXAS
                  MARSHALL DIVISION


KAREN LESTER,              )
                           )
                           )
     Plaintiff,            )
                           )
                           )
V.                         ) Case No. 2:23-cv-00624
                           )
                           )
                           )
WILEY COLLEGE,             )
                           )
                           )
     Defendant.            )
_____) (JURY DEMANDED)
```
_____


ZOOM VIDEOTAPED DEPOSITION OF MURIEL LEEWRIGHT

Tuesday, December 10th, 2024

_____

A P P E A R A N C E S

For the Plaintiff:
    MR. MICHAEL PATRICK DOYLE
    DOYLE DENNIS AVERY, L.L.P.
    3401 Allen Parkway, Suite 100
    Houston, Texas 77019
    Phone: (713)571-1148
    Email: service@doylelawfirm.com


For the Defendant:

    MS. AVVENNETT GEZAHAN
    Jackson Lewis, LLP
    500 N. Akard, Suite 2500
    Dallas, Texas 75201
    Avvennett.Gezahan@jacksonlewis.com

Reported by:  Janice J. Broussard, CSR, RPR

WWW.MILLER-REPORTING.COM  -  713-581-7799/877-721-6416
        Email: Depositions@Miller-Reporting.Com

**App. 58**

MURIEL LEEWRIGHT  -  December 10, 2024

```
 1                        I N D E X
 2
   WITNESS FOR THE PEOPLE:                              PAGE
 3
 4  MURIEL LEEWRIGHT
 5         Direct Examination by MR. DOYLE..........  4
 6         Cross-Examination by MS. GEZAHAN.........  20
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                               3
              MURIEL LEEWRIGHT  -  December 10, 2024
 1                   I N D E X (continued)
 2
 3
 4                       E X H I B I T S
 5   Description
 6
 7       Exhibit 4  .....................   Page 10
 8       (Letter)
 9
10
...
25
```

4

**MURIEL LEEWRIGHT  -  December 10, 2024**

1
2          THE VIDEOGRAPHER:  Today is Tuesday
3  December 10th, 2024.  We're on the record at 10:09
4  a.m.
5                MURIEL LEEWRIGHT,
6     Called as a witness on behalf of the Plaintiff
7       herein, after having been first duly sworn,
8       testified as follows:
9             DIRECT EXAMINATION
10 BY MR. DOYLE:
11   Q.   Tell us your name please.
12   A.   Muriel McDoogle Leewright.
13   Q.   You work as an employee of the Department of
14 Public Safety and Corrections over in Louisiana?
15   A.   I do.
16   Q.   What's your job there?
17   A.   My current job is education director for the
18 Department.
19   Q.   How long have you been doing that?
20   A.   I have been with the Department since 2015.  I
21 started at one of our state facilities instructing the
22 high school equivalency course classes, and then
23 transitioned to headquarters in 2017 overseeing our
24 local jails in the south part of the state, and then
25 transitioned in to the state education coordinator; and

MURIEL LEEWRIGHT  -  December 10, 2024

```
 1   someone there to just kind of be -- you know, just
 2   there to answer questions if they had any about just
 3   different things, but not to provide instruction.
 4           They might help them out with a math problem
 5   or answer a question or look at something like that,
 6   but they are not there to instruct.
 7     Q.   In your dealings with Wiley College, did you
 8   ever get any kind of, what you believe, a legitimate
 9   explanation for their doing what they were doing with
10   these Federal funds?
11     A.   Yeah.  I mean, they had a great explanation for
12   everything.  Any time we had an issue like that, it
13   sounded okay, but then at the end it just got to where
14   we just were concerned.  You know, we at one time had
15   one student that was Pell funds, applied for Pell, and
16   then he was never enrolled in the program.
17           We did work that out where he was released
18   from that and his funds were taken off.  But what if we
19   wouldn't have noticed that?  We pay close attention to
20   our students who're enrolled in programs.  And we have
21   to give credit or units for that, because they know
22   who's in class and who's not.  We're in headquarters,
23   you know.  So they are able to -- they are the boots on
24   the ground who can tell us:  Hey, look, they're taking
25   Pell funds for her to be in this program, but she's not
```

MURIEL LEEWRIGHT  -  December 10, 2024

1   Q.   And this was after Wiley College received the
2   letter on February 6th?
3   A.   Right.  So on February 6th Secretary Leblanc
4   sent a letter, and then I received notification at the
5   end of February -- I can't tell you an exact date --
6   kind of a close out plan of what was going to happen;
7   and that was to be finished in March of 2023.
8        And I believe we continued trying to get
9   things through the end of May, June.  But, yes, we had
10  that close out that we received the end of February.
11  Q.   Okay.  And the person that was handling the
12  close out was Dr. Bradley?
13  A.   That's correct.
14  Q.   Okay.  So prior to Dr. Bradley, you don't know
15  who was handling enrollment and providing that
16  information to the registrar's office.
17  A.   I don't.  I'm not able to provide that.  You
18  know, I do know that at some -- our facilities had some
19  say in who was enrolled because they had to have a
20  certain level of reading score, and different things
21  like that, but as far as, you know, anything at Wiley
22  College I do not know.
23  Q.   Okay.  Do you know who at Wiley was responsible
24  for informing Wiley's financial aid department of who
25  was getting the Pell grants and who was enrolled in the

MURIEL LEEWRIGHT   -   December 10, 2024

```
 1   classes?
 2     A.   I do not.
 3     Q.   Okay.  So you said you know that the students'
 4   funds were misused, and they were misused for fraud.
 5   How do you know that to be true?
 6     A.   Well, maybe those were my words.  But, I guess,
 7   my point is, is if someone is being told that they are
 8   going to have the opportunity to receive a college
 9   degree, associate's or bachelor's, and they are not
10   provided with the courses needed, or they are not
11   provided with the content on devices where it's
12   delivered, or they are not provided with accurate
13   transcripts, then their funds are not being used
14   appropriately.
15     Q.   Okay.  So do you know if -- did you ever
16   question Dr. Johnson about the misuse of financial aid
17   funds?
18     A.   I think our questions about the programs to him,
19   you know, provided that.  I mean, I wouldn't think I
20   would have to sit there and tell him --
21          MS. GEZAHAN:  Objection, nonresponsive.
22     Q.   (By Ms. Gezahan)  So my question is, did you
23   ever question Dr. Johnson --
24          MR. DOYLE:  Ma'am, please, just please
25   let her finish.  It's perfectly fine to do an
```

MURIEL LEEWRIGHT   -   December 10, 2024

1  objection, but she hadn't finished yet.
2              THE WITNESS:  I don't recall saying those
3  exact words to Dr. Johnson.
4      Q.   (By Ms. Gezahan)  Okay.  Did you ever talk to
5  Dr. Cox about concerns of Federal funds -- the
6  financial aid funds being misused?
7      A.   Talk to who?
8      Q.   Dr. Cox.
9      A.   No.  I've had very little dealings with Dr. Cox.
10     Q.   Okay.  And at the end with Dr. Bradley, did you
11 ever discuss with her that you believed that the Pell
12 grant funds were being misused?
13     A.   Well, we were concerned about our students' Pell
14 grants, yes, we were, so yeah.
15     Q.   Did you address that with her directly?
16     A.   I don't recall if I used those exact words.  I'm
17 not going to say.
18     Q.   Okay.  And it sounds like you had serious
19 concerns.  Did you report those concerns to the
20 Department of Education?
21     A.   I did.
22     Q.   And did the Department of Education do an
23 inquiry?
24     A.   I don't know.  We were to have a visit, a Zoom
25 with the Department of Ed in October of 2022, I

MURIEL LEEWRIGHT  -  December 10, 2024

```
 1   believe, and it was canceled.  And so at that time I
 2   don't know what happened.  And I don't know if that
 3   call was for that reason, but we were ready to be on
 4   the Zoom and it was cancelled.
 5     Q.   Okay.  And after you sent a letter in February
 6   of 2023, did you report those concerns again to the
 7   Department of Education?
 8     A.   I don't recall.  I'd have to look back.  I don't
 9   recall if I did anything after that point.
10     Q.   Okay.  And then after the February 6th, 2023,
11   letter has the Department of education contacted you,
12   or from your knowledge anyone in your office about
13   misuse of Federal funds?
14     A.   No.
15     Q.   Okay.
16     A.   Not to my knowledge.
17     Q.   Okay.  And you did say that there was a student
18   with -- you know, you guys looked into it, but Wiley
19   did return those Federal funds, to your knowledge?
20     A.   Yes.
21          MS. GEZAHAN:  Okay.  That's all of the
22   questions that I have for you.
23          MR. DOYLE:  Ms. Leewright, I don't have
24   any further questions.  And it's the same question
25   that we had for Ms. Buttross, you get to make your
```

MURIEL LEEWRIGHT  -  December 10, 2024

```
 1
 2                REPORTER'S CERTIFICATE
 3       The transcript in the above-captioned case was
 4  produced from my stenographic notes taken in my
 5  capacity as Registered Professional Reporter, County
 6  El Paso, State of Colorado, at the time and place above
 7  set forth.
 8       Dated at Colorado Springs, Colorado, this 19th day
 9   of February 2025.
10
11                              /S/ Janice Broussard
                              _____
12                              Janice Broussard, RPR
13
14
15
16
17
18
19
20
21
22
23
24
25
```