# Exhibit 7

**App. 107**

# JOB DESCRIPTION

**TITLE:** Program Coordinator Second Chance Pell

**UNIT:** Division of Arts & Sciences
**DIVISION:** Academic Affairs

**QUALIFICATIONS:** Earned bachelors and a minimum of two years' experience work with diverse populations. A record of scholarly accomplishments and administrative experiences on a college level is desired. Strong interpersonal and communication skills, and demonstrated ability to work effectively with diverse students and peers in support of the College's mission are also required.

**REPORTING AUTHORITY:** Executive Director, Second Chance Pell

**PRIMARY GOAL:** The goal will be to assist with facilitating the effective management of Wiley College's Correctional Educational Programs according to Wiley College's standards, Policies and Procedures.

**TERMS OF EMPLOYMENT:** Twelve-month contract; serves at the pleasure of the President of the College.

**PRIMARY RESPONSIBILITIES:**

A. MARKETING AND RECRUITING

1. Ensuring the consistent representation of Wiley College at penal institutions offering Second Chance Pell Programs.
2. Working closely with the Second Chance Pell Executive Director, Registrar, Admissions and Financial Aid offices to assist Second Chance Pell Students.

B. ADMISSION AND REGISTRATION

1. Assist with orientating new students on the college's policies, procedures, and expectations for the SCP Program Students.
2. Assist the Executive Director with planning, faculty assignments and teaching loads to ensure quality of academic delivery in accordance with budget parameters.
3. Ensuring that faculty members utilize the approved standardized syllabus incorporating general education competencies in all general education courses, QEP, CPI and related standards according to the syllabi audit.
4. Ensuring that faculty members administer course outlines and lesson plans according to established guidelines and following the academic catalog.
5. Ensuring that faculty members administer pre and post assessments and surveys as identified for grant-related reporting.
6. Coordinate meetings with the Executive Director and faculty. Transcribe and record all meeting agenda and minutes.

EXHIBIT Lester 2 2/4/25

AA: 12/16/09, Revised 1/19/11, 2/2/12, 02/22/12

Wiley College 000151

App. 108

7. Assist the Executive Director with ensuring that all faculty follow established procedures for taking attendance, posting grades, updating syllabi.

C. STUDENT SUPPORT FUNCTIONS

1. Work with Student Support to ensure that students are receiving proper tutoring, career assistance.
2. Assist with providing symposiums and Career Fairs for Second Chance Pell Students at the various penal institutions.

D. PROGRAM ASSESSMENT AND SACS COMPLIANCE

1. Assist with making sure that assessment reporting is submitted by SCP faculty in a timely fashion.
2. Assist with program observations as directed for input on faculty performance.
3. Provide input on faculty work performance reviews and produce documentation as necessary for situational corrections as directed by Executive Director.
4. Provide APDS LMS audits for assignments, grading and other related documentation of course administration.

E. GENERAL ADMINISTRATION

1. Assist with preparing requisitions for needed supplies in accordance with budget parameters.
2. Familiarizes self with safety protocol at penal institutions and provides training to faculty and staff attending recruitment/enrollment regarding the same.
3. Monitors the provision of reasonable accommodations for students with disabilities in response to student or faculty concerns.

F. ACADEMICS

1. Coordinating professional development activities for faculty teaching in the Second chance Pell Program.
2. Assist Executive Director by providing the requisite Satisfactory Academic Progress Reports from Financial Aid to better serve our SCP students.
3. Other related duties as required.

NOTE: The primary responsibilities listed above do not necessarily include all of the duties performed or expected.

AA: 12/16/09, Revised 1/19/11, 2/2/12, 02/22/12

**Wiley College 000152**

**App. 109**