# Exhibit 8

**Attachments:** Document3.docx

From: Lester, Karen
Sent: Tuesday, April 5, 2022 9:28 AM
To: kmlester3@yahoo.com
Subject: FW: Document3

From: Lester, Karen
Sent: Tuesday, March 15, 2022 4:02 PM
To: 'kmlester3@yahoo.com' <kmlester3@yahoo.com>
Subject: Document3

This e-mail and any attachments are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.



Wiley College 000237

App. 111

**Karen M. Lester**
**Program Coordinator for Extended Education**
klester@wileyc.edu

Office: 903-927-3333
Cell: 903-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

To all Concern Parties:

Wiley College has a Workplace Civility Policy in place for employees. I would like to express some unprofessional and incivility treatment while working in Academic Affairs that I have endure. I have been threatening to loss my job or cut in pay because of my job description that I was not fulfilling. I have been spoken to in an aggressive manner, subjected to intimidation, rudeness and bullying, threatening comments, unwelcoming comments pretending to come for me in an email. I have endured unprofessional behavior and demeaning comments. These unprofessional acts from those persons in leadership creates a poisoned and hostile work place. That is not conducive to my health or the College environment.

   These uncivility acts start when Dr. Timothy Johnson who had been hired as the Executive Director of E-Learning and Extended Education. Dr. Johnson come to me, On Friday November 5th 2021. He shared with me some concerns that Dr. Cox had asked him to meet with me about. 1. He asked about my job description. Since 2018 I have only been assigned to work with Second Chance Pell Program, I understand if help is needed I have a to assist. According to Dr. Johnson/Cox OMP is under Extended Education, if so modified my job description if that's the issues. I have work with OMP students and I do not mind assist anyone, I'm a team player. I have assisted OMP students by walking them thru Canvas and their assignments for hours on the phone. I have generated Degree Plans and Recommendation for graduation add/drop classes for students. Dr. Johnson as stated several times my job duties can be a SACS violation and the school will be liable. Then he tells he I'm not fulfilling my job and Dr. Gibson has questioned my job performance because the Recommendation had not been completed on March 2,2022. On March 3,2022 Dr. Cox took charge alone with Dr. Wells and myself. Dr. Johnson was not present. Dr. Johnson has stated that in front of Dr. Well and Dr. Cox that he is not going to assist the OMP students or the liaison at Raymond LeBorde Correctional Center, because It's frustrating and he does not have time. I thought Dr. Cox would have address his behavior but he continues to make those comments and it appeared to be looked over. 2. He shared Dr. Cox informed him that I'm never at work. If no one else in the department is there I'm there from 8-5. On Friday December 10,2021 Dr. Johnson did not approve my doctor's appointment for a medical condition that I was being treated for. He stated Dr. Gibson had already questions if I would be able to hold the department down because Ms. Cole was on vacation. Around 12pm I observed Dr. Johnson leaving the campus, I assumed to travel for the weekend because he never returned. I don't work in the same space as Ms. Cole. Once I talked to Dr. Gibson he confirmed that's not what he said. 3. He shared that I stay on my phone. Yes, there's nowhere in policy that states I cannot be on my phone. I do have Children a son in a third world, staff and faulty calls my personal phone instead of my office phone. My personal phone is the only way Dr. Gibson calls me. I don't sit on the phone and have general conversation.

On January Dr. Johnson Replied an email to Faith Dornier staff at Raymond LaBorde Correctional Center from my email. I meet with Dr. Gibson on the 9th to discuss how I felt and to clear my name because I have experienced a teachable moment from Dr. Gibson about how to response to Consistent in emails.

Wiley College 000238

App. 112

The department has been working on SACS and it appears there is a lot of frustration with Dr. Johnson. Dr. Johnson attitude has been very distasteful to the point where is used an aggressive tone with me on March 9,2022 that I did not appreciate. On march 10,2022, I sent Dr. Cox an email to meet with her. After lunch Dr. Johnson approached me and said we need to meet. We went to a classroom down stairs. Dr. Johnson said well Dr. Cox call me and said you want to meet with her about Second Chance Pell. I did look at him because it took me by surprised. During the meet he informed me that any and every time I email her he would be informed. He said when you call Dr. Gibson I was informed, just so you know. In a confirmative tone. I said ok that fine, because that's how I felt and I'm going to expression my feelings when I'm disrespected. I verbalized how I feel about the situation the SCP was in because I have been there and anytime it's an issues I the targeted. He assured me I had nothing to worry about he would try care of the facilities. I love working for my Alma Mata and love working in the space. While I do not want to come off as been combative or not being a team player. I would like to know the correct method to address and concerns that I have prior to going to Human resource. My job description needs to be modified. I have no problem with doing the work that needs to be done but I should not be threaten very day with my job. Also, Dr. Johnson needs to take accountable for his actions and be proactive in his role. As, I don't what any communication to be taken as threatening. Making a report of these on the person you work with is very dishearten but unprofessional behaviors has to be called out, it's not conducive for the work environment. No, I don't want anyone to lose their job nor do I want to lose my job, but I should not be subjected to Humiliation and other uncivility treatment. I feel in order to rectified the issues there needs to be a leadership training.

Wiley College 000239

App. 113