# Exhibit 9



### Department of Public Safety & Corrections
#### State of Louisiana

JOHN BEL EDWARDS
GOVERNOR

JAMES M. LEBLANC
SECRETARY

February 6, 2023

Dr. Herman J. Felton, Jr., President
Wiley College
711 Wiley Avenue
Marshall, Texas  75670



EXHIBIT
Lester
9
2/4/25

Dear Dr. Felton,

As you may know, the Louisiana Department of Public Safety & Corrections (DPS&C) has partnered with Wiley College as a Second Chance Pell Experiment (SCP) site. This partnership aligned well with our commitment to providing quality educational opportunities to our incarcerated population, from literacy to post-secondary programming. Unfortunately, the reason for this letter is to discontinue this partnership.

Our education team have expressed ongoing concerns about the Wiley College program since 2019. While Wiley College's application for the SCP proposed to partner with the DPS&C without the DPS&C's knowledge, we were more than happy to proceed with any opportunity that increased access to our eligible population. Over the years of this partnership, we have expressed ongoing concerns about program progress and lack of or poor communications between your team and our education staff at the program locations being serviced by Wiley, including David Wade Correctional Center, Riverbend Detention Center, and Raymond Laborde Correctional Center.

Some of the most troubling areas of concerns put our students at risk of completing a program that can be critical to their success upon release from custody. These concerns include:
1. delays in providing site courses to participants,
2. inaccurate reporting (student transcripts, student status),
3. failure to provide participants with formal letters notifying of status changes, or other information that is pertinent to completing their degree,
4. unavailability of required courses for participants to complete degree plan,
5. lack of in person visits and planning for such,
6. lack of monthly meetings with site coordinators and training,
7. delay in deploying ATLO devices to all facilities,
8. documentation from Wiley College to ensure their practices comply with the US Department of Education funding guidelines.

Wiley College Termination Letter
February 6, 2023

For these reasons, I do not believe that Wiley College is providing timely and quality education to our students. The Louisiana DPS&C has a responsibility to our population to provide quality programming. The ongoing lack of responsiveness and communication has not only placed unreasonable burdens on our facility staff, but impacted our students negatively.

As such, this letter is to notify you that Louisiana DPS&C will no longer partner with Wiley College to offer programming in our facilities. In order to ensure that all enrolled students are able to continue to pursue their degrees, please provide their "unofficial" transcripts to Muriel Leewright, DPS&C Education Director by Friday, February 17, 2023.

Sincerely,

James Le Blanc
Secretary

c:   Rhett Covington, Asst. Secretary
     Andrea Buttross, Deputy Assistant Secretary
     Muriel Leewright, Education Director