# Exhibit 10

Karen M. Lester
1902 TurtleCreek Dr. Marshall, Texas 75670 Kmlester3@yahoo.com 903-742-2815

Dear Madam/Sir

Please accept this as my formal request for a review of what I believe is an unfair termination and a direct result of retaliation and a violation of the 'whistle blower' protection act of 1989.

I was employed by Wiley College in 2018 as Program Coordinator for Extended Education. Human Resource Director, Krystal Moody, informed me that the College was ending my employment on March 1, 2013.

I'm submitting two formal complaints against my former Supervisor Dr. Timothy Johnson Executive Director for Extended Education, Howard O. Gibson Vice President of Academic Affairs, Stephanie Cox Interim Assistant Vice President for Academic Affairs, Herman J. Felton Chef Executive Officer and President, Tashia Bradley Chef Operator Officer of the President's Office and Krystal Moody, Chief Executive Officer of Human Resource.

First, the institution's policies and procedure manuals includes language that speaks to the idea that the college fosters and expects kindness and civility at all times from both the administration and the employees. The College Handbooks define incivility as a broad range of behaviors including, but not limited to, unprofessional behavior; shouting; intimidation; and threatening comments. While working in the Academic Affairs department, I have been subjected to, unprofessional behavior; shouting and swearing; intimidation; threatening comments; and humiliation. My immediate supervisor, Dr. Timothy Johnson was the perpetrator. Thought out the duration of the work relationship, Dr. Johnson violated the policy causing severe mental and verbal abuse and mistreatment. I was consistently forced to defend my character, singled out, unfairly accused of misconduct.

The complaints that I lodge against the Institution and the above named individuals include:

<u>Discrimination/Unresolved Grievance</u>

<u>Howard O. Gibson-Vice Presidents for Academic Affairs</u>.

- November 2021 I filed a grievance outlining concerns caused by Dr. Timothy Johnson's demeanor and behavior in the work place. Following company protocol, this complaint was filed with the office of Human Resources (Krystal Moody Chief Executive Office of Human Resource).

  After speaking with Mrs. Moody I decided not proceed with the grievance unless Dr. Johnson's behavior worsened.




000306 LESTER

Karen M. Lester
1902 TurtleCreek Dr. Marshall, Texas 75670 Kmlester3@yahoo.com 903-742-2815

- January 2022 Dr. Johnson's behavior became very disturbing and prompted me to speak with Dr. Cox and Dr. Gibson. After meeting with the two of them it appeared my concerns were being ignored. As, time passed, it became apparent neither Cox or Gibson were going to hold Johnson accountable. Therefore, I again contacted Mrs. Moody. She directed me to put my concerns in writing and file a formal complaint. I complied.

- Currently, this grievance has not been resolved except that I was terminated. When asked for a reason, I was told, "the college is going in a different direction". I followed company procedures (those put in place to ensure that employees are not mistreated) and yet, Dr. Timothy Johnson (male) has been protected. After my termination he was able to continue working for Wiley College. This has consistently been the culture at Wiley College the abusers are protected.

Whistleblower/ Retaliation

- February 10, 2023 I requested a meeting with Dr. Tasha Bradley, Chief Operating Officer for the President's Office. In this meeting I informed Bradley of the misappropriation of funds, lack of professional conduct, poor leadership, and a plethora of other program infractions that were not only depriving the Second Chance Pell participants the quality education promised them, but also could potentially end with a Federal review of the misuse of the government issued funds. At this time, I also shared with the COO sensitive information that would definitely affect Wiley College and its integrity as an institution of higher learning.
- I also reminded her of the previous conversation we had concerning the unprofessional and antagonistic behavior of the programs Director, Timothy Johnson. I again reported his continued toxic behavior, which not only was directed at me, but also our outside constituents. His lack of professionalism extended to the prison officials and other stakeholders of the college. Allegations and formal grievances/complaint which was registered with the appropriate personnel but has yet to be resolved.

In conclusion, I have filed two formal grievances, both of which are still unsettled, I've never been given a conclusion to either. Each of the matters were filed with the appropriate personnel/offices and deserve resolution. Therefore, I would like to file a complaint against Wiley College for gender discrimination and for retaliation for whistle blowing. I would like to restate the names of those persons who I reported the situation(s) to:

Herman J. Felton Chef Executive Office 17th President,
Tashia Bradley Chef Operator Office of the President's office

Karen M. Lester
1902 TurtleCreek Dr. Marshall, Texas 75670 Kmlester3@yahoo.com 903-742-2815

Krystal Moody Chief Executive Office of Human Resource.
Dr. Timothy Johnson Executive Director for Extended Education
Howard O. Gibson Vice President of Academic Affairs
Stephanie Cox, Interim Assistant Vice President for Academic Affairs

Karen M. Lester




## Workplace Civility Policy

### I. POLICY STATEMENT

Wiley College is committed to creating a culture of respect and civility that is free of harassment, where all members of the community share a commitment to academic freedom, open inquiry and the pursuit of knowledge.

Incivility and disrespect in the workplace can be a barrier to effective communication, coaching, and performance. The impact can be severe as it may result in employee turnover, low productivity, reduced morale, diminished loyalty, and physiological impacts such as stress and depression that can lead to increased absenteeism. Incivility can escalate and may lead to more severe behaviors including harassment and violence. This policy is intended to define community expectations with respect to this right and to establish a mechanism for addressing behavior that violates these expectations.

### II. DEFINITIONS

**Civility**

Civility requires treating others with dignity, respect, and making "good faith effort" with regard to other's feelings. Corrective actions may be taken by managers to enhance work performance. The language used to correct or reinforce work standards must be respectful and work related. Civility requires that even the most critical feedback be delivered respectfully, privately, and courteously.

Civil conduct includes but is not limited to:

- Treating others with dignity, courtesy, respect, politeness and consideration
- Speaking in tones of voice that are appropriate for the circumstances
- Being respectful of others' right to express their views, even if you disagree
- Managing conflict with others in a respectful way rather than a confrontational way

**Incivility**

Incivility deals with a broad range of behaviors including, but not limited to, unprofessional behavior; rudeness; shouting or swearing; intimidation or bullying; threatening comments or behaviors/actions; unsolicited and unwelcome conduct, comment (oral or written including email communication), gestures, actions or contact that cause offense, humiliation, physical or emotional harm to any individual.

Incivility can be subtle or overt. It may be a single event or may involve a continuing series of incidents, and may involve the abuse of authority or position. Uncivil behavior may be unintended or deliberately directed at another individual. In any case, the impact on that individual is what must be addressed.

Incivility can also create a poisoned work environment, which may affect more than one employee.

Incivility conduct includes but is not limited to:

- Shouting
- Profanity, abusive, aggressive or violent language directed at an individual or individuals
- Using props suggestive of violence
- Slamming doors
- Throwing objects
- Humiliating, degrading, demeaning, belittling, insulting, frightening or intimidating another person
- Distributing comments about an individual, whether verbally or in writing, including on-line, that are unjustified and are likely to have a negative impact on the individual if he/she were to see them
- Telling inappropriate jokes
- Disallowing divergent points of view from being heard—including observations about job performance and collegiality

**Poisoned Work Environment**

A poisoned work environment is created when a workplace is hostile or unwelcoming because of insulting or degrading comments or offensive actions aimed at an employee or others.

**III. Disciplinary Action**

Violation of this policy will result in immediate termination.

---

By signing below, you acknowledge receipt and understanding of the Workplace Civility policy.

Employee - Print Name ________________ Date ________

Employee – Signature ________________ Date ________

Witness – Print Name ________________ Date ________

**JOB DESCRIPTION**

**TITLE:** Coordinator for Distance and Adult Education

**UNIT:** Office of Extended (Adult) Education
**DIVISION:** Academic Affairs

**Job Summary:**
The Coordinator for Extended (Adult) Education provides innovative leadership in the development, administration and management of recruitment and retention for the non-traditional degree options at Wiley College.

**REPORTING AUTHORITY:** Executive Director of eLearning and Extended Education

**PRIMARY GOAL:** The goal will be to assist with facilitating the effective management of Wiley College's Second Chance Pell (SCP) Correctional Educational Programs, the Organizational Management Program (OMP) and the Criminal Justice Administration Program (CRJA) at Shreveport according to Wiley College's standards, Policies and Procedures. The Program Coordinator must practice the highest levels of confidentiality on all related matters in the office of Extended Education and ability to manage multiple priorities and work within deadline driven timeframes

**TERMS OF EMPLOYMENT**: Twelve-month contract; serves at the pleasure of the President of the College.

**PRIMARY RESPONSIBILITIES:**

A. MARKETING AND RECRUITING

1. Ensuring the consistent representation of Wiley College regarding the programs and activities of Extended Education.
2. Working closely with the Executive Director, Registrar, Admissions and Financial Aid offices to assist non-traditional students. Ensures appropriate process flow of information from the respective offices. Conduct/Coordinate reconciliation meetings with the Office of Financial Aid, Business office, Admission and Registrar.
3. Communicate with prospective students, communities and organizations through appointments, telephone, e-mail and other recruitment mediums.
4. Responsible for enrollment data, trend analysis and other reporting regarding recruitment for the non-traditional degree option at Wiley College.

B. ADMISSION AND REGISTRATION

1. Assist with new student orientation and general orientation according to the college's policies, procedures, and expectations for the non-traditional degree-seeking students.
2. Coordinate meetings for the Executive Director.
3. Responsible for logging and entering enrollment data within the identified Student Information System and/or Learning Management System.
4. Oversee the management of a filing system including a system of archiving for programs in Extended Education.

C. STUDENT SUPPORT FUNCTIONS

1. Work with Student Support and Disability Services and the Student Success Center to ensure that students are receiving proper tutoring, career assistance.

2. Assist with providing symposiums and Career Fairs for non-traditional degree students at the various campuses. Draft letters/emails on behalf of the office of Extended Education as needed.

D. PROGRAM ASSESSMENT AND COMPLIANCE

1. Assist with making sure that assessment reporting is submitted to the proper agency in a timely fashion.

E. GENERAL ADMINISTRATION

1. Assist with preparing requisitions for needed supplies in accordance with budget parameters.
2. Familiarizes self with safety protocol at penal institutions, Shreveport location and other off-site campuses.
3. Plan, coordinate and maintain travel arrangements for the Executive Director and staff in the Office of Extended Education.
4. Review expenses and purchases as needed and analyze and reconcile expenses for the office.
5. Supervise, evaluate, and train work-study students and support staff,

F. ACADEMICS

1. Work with the Executive Director to execute the operational function of the academic programs.
2. Other related duties as required.

NOTE: The primary responsibilities listed above do not necessarily include all of the duties performed or expected. This is a full-time, salary position. Weekends and evenings may be required.

AA: 12/16/09, Revised 1/19/11, 2/2/12, 02/22/12, 2019; 4/8/2022

## Fwd: Wiley College Second Chance Pell Program

From: Someeka Martin (someekam318@gmail.com)

To: kmlester3@yahoo.com

Date: Friday, February 17, 2023 at 10:42 AM CST

---------- Forwarded message ---------
From: **Bradley, Tashia L** <tbradley@wileyc.edu>
Date: Thu, Feb 16, 2023 at 7:32 PM
Subject: Wiley College Second Chance Pell Program
To: hkelly@wileyc.edu <hkelly@wileyc.edu>, tammie.wynn@la.gov <tammie.wynn@la.gov>, someekam318@gmail.com <someekam318@gmail.com>
Cc: Johnson, Timothy E <tiejohnson@wileyc.edu>, Johnson, Cassandra <cmjohnson@wileyc.edu>, Cox, Stephanie R <scox@wileyc.edu>, Gibson, Howard O. <hogibson@wileyc.edu>, Muriel.Leewright@la.gov <Muriel.Leewright@la.gov>

Greetings: I hope everyone is doing well. As directed, I am sharing Wiley College's proposed plan for transitioning current students out of the Wiley College SCP Program at the three Louisiana sites. Attached you will find our recommendations. I am unsure what notifications have been made to each of you, but want to assure you that a Wiley College program representative will reach out to you as site coordinators to guide you through the process.

Please accept this heartfelt thank you on behalf of our President & CEO Herman J. Felton, Jr., for all that you have done to advocate for and support student achievement. Please let me know if you have any additional questions or concerns.

Thank you

[https://lh5.googleusercontent.com/PlvDEyw8drlwohcoorpOiRbR3MSGlzpabKcn1tplKL_ohhupQM55rzaye_szqhubt1_63av8GOUN2d5Byzmph3SdJ_SmciMqntLqe52tY5WzlH3nevRdOncTtqgt_NKilvKPR_gf20gJ3adibyBJ1vw]
Dr. Tashia Bradley, COO/V.P. of Administration

This e-mail and any attachments are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.


Untitled document (24).pdf
256.5kB



Second Chance Pell Program Details for Closing of Program February 17, 2023

**Phase I: Student Completion of Current Courses**
Site A- Raymond Laborde Correctional Center
Current # of students are enrolled in Spring Semester

| Term 1 Jan 9-Feb. 27 | Term 2 March 6-April 27 |
|---|---|
| * 58- removed without penalty | 58- drop from enrollment |

Site B- David Wade
Current # of students are enrolled in Spring Semester

| Term 1 Jan 9-Feb. 27 | Term 2 March 6-April 27 |
|---|---|
| * 6-removed without penalty | 6-drop from enrollment |

Site C- Riverbend
Current # of students are enrolled in Spring Semester

| Term 1 Jan 9-Feb. 27 | Term 2 March 6-April 27 |
|---|---|
| * 17 - removed without penalty | 17-drop from enrollment |

*All enrolled students will be dropped from the program unless they have an Incomplete grade.

**Phase II: Students with an "I-incomplete" for the Fall term**
Site Coordinators have communicated that all missing documents for courses with I's were submitted. However, we are reviewing the list for any student who may still have an I ('s). Students with current "I or I's" will be shared with the site coordinator to obtain any missing assignments by the completion deadline of March 3, 2023. The list of students with incomplete grades will be sent to the site coordinator by February 21, 2023.

**Phase III: Closing of Program Packet**
Transcripts: Students who do not have any I's, will be provided, through the DPS&C representative and director Muriel Leewright, an official transcript by February 28, 2023. Going forward, at any time, students may request an unofficial/official transcript through our institutional portal.

Financial Aid and Business Office:

- Students' bills will denote they have a zero balance.

Devices should be returned to Wiley College:

| (Raymond L Site) | Laptop request |
|---|---|
| (David Wade Site) | none |
| (RiverBend Site) | none |

Please return to:
Dr. Tashia Bradley
Wiley College Office of the President
711 Wiley Ave
Marshall, TX 75670

000314 LESTER




March 1, 2023

Ms. Karen Lester
1902 Turtle Creek Dr.
Marshall, TX 75670

Dear Ms. Lester:

This written communication is to inform you that the College has decided to move in another direction and terminate your employment with Wiley College effective immediately. Please ensure that you return all equipment (keys, badge, laptop, etc.) and closeout with the Office of Human Resources on March 1, 2023.

Thank you for your service to Wiley College.

Sincerely,

Herman J. Felton, Jr.,
President and CEO

c: Human Resources