# Exhibit 11

**App. 128**

**KRYSTAL MOODY  -  December 10, 2024**

```
                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF TEXAS
                     MARSHALL DIVISION


KAREN LESTER,              )
                           )
                           )
       Plaintiff,          )
                           )
                           )
V.                         ) Case No. 2:23-cv-00624
                           )
                           )
                           )
WILEY COLLEGE,             )
                           )
                           )
       Respondents.        )
_____)    (JURY DEMANDED)
_____


      ZOOM VIDEOTAPED DEPOSITION OF KRYSTAL MOODY

         Tuesday, December 10th, 2024

_____

             A P P E A R A N C E S


For the Plaintiff:
    MR. MICHAEL PATRICK DOYLE
    DOYLE DENNIS AVERY, L.L.P.
    3401 Allen Parkway, Suite 100
    Houston, Texas 77019
    Phone: (713)571-1148
    Email: service@doylelawfirm.com


For the Defendant:

    MS. AVVENNETT GEZAHAN
    Jackson Lewis, LLP
    500 N. Akard, Suite 2500
    Dallas, Texas 75201

Reported by:  Janice J. Broussard, CSR, RPR
```

WWW.MILLER-REPORTING.COM  -  713-581-7799/877-721-6416
Email: Depositions@Miller-Reporting.Com

**App. 129**

KRYSTAL MOODY  -  December 10, 2024

```
 1                         I N D E X
 2
 3
 4   WITNESS FOR THE PEOPLE:                              PAGE
 5
 6    KRYSTAL MOODY
 7
 8           Direct Examination by MR. DOYLE..........  4
 9
10           Cross-Examination by MS. GEZAHAN......... 43
11
12           Redirect Examination by MR. DOYLE........ 49
13
14
15
16
17
18
19
20
21
22
23
24
25
```

KRYSTAL MOODY  -  December 10, 2024

```
 1                I N D E X (continued)
 2
 3                    E X H I B I T S
 4
 5  Description
 6
 7       Exhibit 1   ....................    Page 23
 8       (Letter)
 9
10       Exhibit 3   ....................    Page 31
11       (Note)
12
13       Exhibit 6   ....................    Page 41
14       (Civility policy)
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                           4
                  KRYSTAL MOODY  -  December 10, 2024
```

| | |
|---|---|
| 1 | THE VIDEOGRAPHER:  All right.  Today is |
| 2 | Tuesday December 10th, 2024.  We're on the record at |
| 3 | 1:38 p.m. |
| 4 | KRYSTAL MOODY, |
| 5 | Called as a witness on behalf of the Plaintiff |
| 6 | herein, after having been first duly sworn, |
| 7 | testified as follows: |
| 8 | THE WITNESS:  I do. |
| 9 | DIRECT EXAMINATION |
| 10 | BY MR. DOYLE: |
| 11 | Q.   Tell us your name please, ma'am. |
| 12 | A.   Krystal Moody. |
| 13 | Q.   Ms. Moody, not just because there's a big old W |
| 14 | behind you, but I'm going to take a guess that you're |
| 15 | employed by Wiley still? |
| 16 | A.   I am. |
| 17 | Q.   And your position is in the office of human |
| 18 | resources? |
| 19 | A.   Yes, sir. |
| 20 | Q.   How long have you been doing that at Wiley? |
| 21 | A.   I've been in human resources for 13 years at |
| 22 | Wiley. |
| 23 | Q.   And have you been the manager in that department |
| 24 | for about how long? |
| 25 | A.   11 years. |

KRYSTAL MOODY  -  December 10, 2024

```
 1   look again.  I would have to see.  But I don't think it
 2   had -- I don't think the e-mail from Dr. Johnson stated
 3   Second Chance failed.
 4      Q.   So I want to show you what's been marked as
 5   Plaintiffs Exhibit 1.  Do you recognize it as a letter
 6   provided to Ms. Lester March 1st, 2023, at the time of
 7   her firing?
 8      A.   Yes, sir.
 9      Q.   And at least signed by the president and CEO of
10   Wiley college, Dr. Herman Felton, Jr.  It says, decided
11   to move in another direction?
12      A.   Correct.
13      Q.   Nothing about ending of the Second Chance Pell
14   Program?
15      A.   Correct.
16      Q.   And it's your recollection that even the memo
17   written that you saw about the firing, didn't have a
18   mention at all about termination of the Pell grant
19   program?
20      A.   At this moment I don't recall it saying that.
21      Q.   Would it be most apt to say, moving in another
22   direction is not the most honest and truthful reason
23   for Ms. Lester being fired?
24      A.   Well, it was because the program was ending, so
25   we did have to go in another direction.
```

WWW.MILLER-REPORTING.COM  -  713-581-7799/877-721-6416
Email: Depositions@Miller-Reporting.Com

**App. 133**

```
 1    potentially criminal misconduct, or at least a
 2    violation of federal law, in that program?
 3         A.   I'm sorry.  You said, report to me?
 4         Q.   Did you ever receive a report from Ms. Lester
 5    about her reporting concerns to the college about the
 6    handling of the Second Chance Pell grant monies?
 7         A.   No.  I don't recall being informed that she had
 8    reported it -- the mishandling of funds, no.
 9         Q.   Ever?
10         A.   Not that I can recall, no, never.
11         Q.   I want to show you what's been marked as
12    Plaintiffs Exhibit 3.  It's on the bottom.  It's a note
13    from Ms. Lester.  There's a 306 Lester on the bottom,
14    307 Lester on the bottom of the second page, 308 Lester
15    the third page.
16         A.   Uh-huh.
17         Q.   Did you receive a copy of this document at some
18    point in time addressed to you from Ms. Lester?
19         A.   I honestly don't recall this document.
20         Q.   Do you recall receiving in writing from
21    Ms. Lester information about a report to Tashia
22    Bradley, Chief Operating Officer, of the
23    misappropriation of funds on the Second Chance Federal
24    Program?
25         A.   I don't recall her informing me, Ms. Lester.
```

KRYSTAL MOODY  -  December 10, 2024

```
 1                THE VIDEOGRAPHER:  All right.  We are off
 2    the record at 2:40 p.m.
 3                (Whereupon, a short break was taken.)
 4                THE VIDEOGRAPHER:  We are back on the
 5    record at 2:51 p.m.
 6    Q.   (By Mr. Doyle)  Ms. Moody, I put a document
 7    marked as Plaintiff's Exhibit No. 6 -- a very small
 8    marking.  The Wiley workplace civility policy, do you
 9    recognize it?
10    A.   Yes, sir, I do.
11    Q.   What is the Wiley workplace civility policy?
12    A.   Basically, this policy is informing employees of
13    the institution's expectations of being civil, like no
14    mistreatment of fellow employees or students.
15    Q.   Did you receive from Ms. Lester, before she was
16    fired, reports of incivility by Dr. Johnson?
17    A.   Yes.
18    Q.   Did you take any action to resolve that?
19    A.   We did the meeting between the four of us, me,
20    Ms. Lester, Dr. Johnson, and Dr. Gibson.
21    Q.   You said had the meeting; is that it?
22    A.   We had a meeting to discuss the things that she
23    had disclosed that Dr. Johnson was doing.  And in that
24    meeting he, in the end, agreed that his behavior could
25    come across as inappropriate and he apologized.
```

KRYSTAL MOODY  -  December 10, 2024

```
 1      Q.   Now, at least in writing the rule says,
 2  procedure of violation of this policy will result in
 3  immediate termination?
 4      A.   Yes, sir.
 5      Q.   Is that what happened to Dr. Johnson?
 6      A.   No, sir.
 7      Q.   Was the policy filed in the case of Dr. Johnson
 8  when he admitted acting inappropriately?
 9      A.   I'm sorry.  Say that again?
10      Q.   Was the written policy of that incivility
11  followed even after Dr. Johnson admitted acting
12  inappropriately?
13      A.   Not the action, no, sir.
14      Q.   Any excuse?
15      A.   Just the fact that he apologized, Ms. Lester
16  accepted, and we monitored the behavior from that point
17  on.
18      Q.   Now, within a fairly short time after being --
19  admitting violating the policy, making an apology, who
20  was the manager that recommended firing Ms. Lester?
21      A.   Dr. Johnson.
22      Q.   Is that a problem?
23      A.   No, because it wasn't directly after that.  That
24  was almost a whole year later.
25      Q.   Should an employee ever be fired for reporting
```

KRYSTAL MOODY  -  December 10, 2024

```
 1    When did Ms. Lester send you an e-mail with her
 2    concerns about Dr. Johnson?
 3       A.   In 2022, March or April some time.
 4       Q.   Okay.  And you had previously stated that that
 5    wasn't -- strike that question.  Was that a formal
 6    grievance that she was filing?
 7       A.   No.
 8       Q.   And why wasn't her concerns seen as a formal
 9    grievance?
10       A.   She stated in a document that she was making HR
11    aware of the behaviors, so when I inquired about it,
12    and since she wasn't filing a formal complaint, there
13    was no formal investigation done.
14       Q.   And when you said "inquire," who did you inquire
15    about, those concerns with?
16       A.   Well, the concerns -- well, originally --
17    initially she and I spoke, Ms. Lester and I spoke.  But
18    then indirectly without disclosing what she had
19    provided to HR, I did contact Dr. Gibson to just in
20    general find out about his areas, and then I would
21    bring that particular division -- that particular
22    department up.
23       Q.   Okay.  And at some point Ms. Lester did want to
24    move forward with a formal grievance?
25       A.   Correct.
```

KRYSTAL MOODY  -  December 10, 2024

```
 1    Q.   And regarding -- I think you froze.  Can you
 2   restate that?
 3    A.   We discussed the behavior that she had stated
 4   that she was experiencing from Dr. Johnson that she had
 5   provided in the first document to HR; and we also
 6   talked about the e-mail that he sent from her computer.
 7    Q.   Okay.  And what behavioral issues did she have
 8   concerns about with Dr. Johnson?
 9    A.   The way he would talk to her, raising his voice.
10   She stated that he had cursed at her.  So things of
11   that nature, just creating a hostile work environment.
12    Q.   Did he admit to cursing at her?
13    A.   No, he did not.
14    Q.   What did he say about the cursing?
15    A.   He said he did not curse at her, but that he
16   does -- his voice can get elevated, is what he said,
17   and that he was not trying to holler at her.
18    Q.   Okay.  And what was the end result of that
19   meeting?
20    A.   He apologized for his behavior, and she
21   accepted.  And at the end she said she would be willing
22   to put the grievance on hold, considering that we would
23   be monitoring his behavior.
24    Q.   Okay.  And from that time frame in 2022 to her
25   termination in March 1st, 2023, did you receive any
```

KRYSTAL MOODY  -  December 10, 2024

1  other complaints from Ms. Lester regarding
2  Dr. Johnson's behavior?
3       A.    No, ma'am.
4       Q.    Did -- at any time, did Ms. Lester tell you
5  about her concerns with the Second Chance Pell Program?
6       A.    Not that I can recall.
7       Q.    Okay.  Now, there has been some conversation
8  about the write-up for her termination.  Who started
9  the write-up for her termination?
10      A.    Dr. Johnson.
11      Q.    Okay.  Was Dr. Johnson the final decision-maker
12 in her termination?
13      A.    No.
14      Q.    Okay.  Who next had to approve what Dr. Johnson
15 had recommended for termination?
16      A.    His supervisor, which is Dr. Cox.
17      Q.    Okay.  And what was Dr. Cox's recommendation?
18      A.    She approved and forwarded it to Dr. Gibson.
19      Q.    Okay.  And then once Dr. Gibson received the
20 recommendation and then the approval from Dr. Cox, what
21 was his recommendation?
22      A.    So he and I never got to that point before he
23 left.  He left the documentation -- I believe he left
24 it in the office.  And with Dr. Scales, once she became
25 in charge, that's when it was processed.

1	Q.	Okay.  And, Dr. Scales, what was her
2	recommendation?
3	A.	She approved it.
4	Q.	Okay.  Did anyone else have to approve
5	Ms. Lester's termination?
6	A.	Yes.
7	Q.	Who else had to approve her termination?
8	A.	President Felton.
9	Q.	And what was Dr. Felton's recommendation?
10	A.	He approved it for me to process.
11	Q.	And what was his approval for?  What was the
12	reason for her termination based on Dr. Felton's final
13	decision?
14	A.	Because of the Second Chance Pell ending.
15	Q.	Okay.  And I know we clearly said that the
16	termination letter does not state for that reason, why
17	was the language of "moving in a different direction"
18	used?
19	A.	That is just the terminology that we use if
20	there's no violations of policies, things like that.
21	Q.	Okay.  Regarding the other programs that
22	Ms. Lester was a coordinator for, what were the other
23	two programs?
24	A.	The organizational management program, and the
25	criminal justice administration program.

KRYSTAL MOODY  -  December 10, 2024

```
 1      Q.   Okay.  And when she was terminated, who took
 2   over those job responsibilities?
 3      A.   Dr. Johnson.
 4      Q.   Okay.  And once Dr. Johnson was terminated, who
 5   took over those responsibilities?
 6      A.   Immediately, probably Dr. Scales, because she
 7   was the next -- well, let me take that back.  Dr. Cox
 8   was still there so she would have been overseeing it.
 9      Q.   Okay.  And with Dr. Johnson's termination, did
10   it go through a similar process as Ms. Lester's?
11      A.   Yes.
12      Q.   And who recommended his termination?
13      A.   I believe Dr. Scales recommended his.
14      Q.   Okay.  And then who approved that one?
15      A.   Dr. Felton.
16      Q.   Okay.
17               MS. GEZAHAN:  That is all of the
18   questions that I have for you.
19               MR. DOYLE:  I have some follow-up
20   questions.  Are you ready, ma'am?
21               THE WITNESS:  Yes, sir.
22               REDIRECT EXAMINATION
23   BY MR. DOYLE:
24      Q.   When you dealt with Ms. Lester at any point,
25   whether in raising the concerns about Dr. Johnson's
```

KRYSTAL MOODY  -  December 10, 2024

```
1            REPORTER'S CERTIFICATE
2      The transcript in the above-captioned case was
3   produced from my stenographic notes taken in my
4   capacity as Registered Professional Reporter, County
5   of El Paso, State of Colorado, at the time and
6   place above set forth.
7      Dated at Colorado Springs, Colorado, this 19th day
8    of February 2025.
9
10                          /S/ Janice Broussard
                           _____
11                          Janice Broussard, RPR
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```