# Exhibit 12



| | |
|---|---|
| STATE OF TEXAS | § |
|  | § |
| COUNTY OF TRAVIS | § |

# CERTIFIED COPY OF PUBLIC RECORDS

RE: Karen Lester

Ref#:

I, Elsa Guerrero, Assistant Disclosure Officer for the Texas Workforce Commission (Commission), an administrative agency of the State of Texas, hereby certify that the Commission has conducted a diligent search for the following records regarding the above referenced Individual and the employer - Wiley College

UI Claim Information
Online Claimant Response
UI-Determinations
UI-Teleserve
Employer's Response

I further certify that the documents attached hereto are true and correct copies of documents located as a result of this search and that these documents consist of official records or reports, or entries therein, of documents authorized by law to be recorded or filed and actually recorded or filed in a public office.

Texas Workforce Commission policy and procedures for maintenance and retention of records relating to the Agency's primary program operations are provided on the attached document entitled "Retention Schedule for Major Program Records."

Witness my hand and the official seal of the Texas Workforce Commission, in Austin, Texas on October 23, 2024.



*Elsa Guerrero*
Elsa Guerrero
Assistant Disclosure Officer
Texas Workforce Commission

**App. 144**

Fact Finding Statements:

| Response Date | | Issue Type | Source | Rebuttal | Footnote | Statement Number |
|---|---|---|---|---|---|---|
| 03/02/2023 | 08:07 AM | FIRED | Claimant | No | Yes | 1 / 5 |
| 03/10/2023 | 08:37 AM | FIRED | Employer | No | Yes | 2 / 5 |
| 03/15/2023 | 08:08 AM | FIRED | Employer | No | Yes | 3 / 5 |
| 03/15/2023 | 08:11 AM | FIRED | Employer | No | Yes | 4 / 5 |
| 03/15/2023 | 08:14 AM | FIRED | Claimant | No | Yes | 5 / 5 |

Footnote
SHE WAS LAID OFF DUE TO US NOT KNOWING IF WE ARE GOING TO KEEP THE     POSITION OR NOT. _____ END _____

**App. 145**