IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **KAREN LESTER**,<br><br>*Plaintiff*,<br><br>vs.<br><br>**WILEY COLLEGE**,<br><br>*Defendant*. | § § § § § § § § § § § Case No. 2:23-cv-00624-RWS-RSP |

### ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court is the Motion for Summary Judgment filed by Defendant Wiley College ("Defendant"). Having considered Defendant's Motion and the parties' briefing, the Court is of the opinion that the Motion should be and hereby is **GRANTED.**

Accordingly, it is therefore **ORDERED** that Defendant's Motion is **GRANTED** and that Plaintiff Karen Lester's claims are dismissed with prejudice.

**SO ORDERED.**