IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 2:23-CV-00624
2. Style of case: KAREN LESTER vs WILEY COLLEGE
3. Nature of suit: _____.
4. Method of ADR used:   **X Mediation**   ☐Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: 04/16/25
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.        ☐ Settled, in part, as result of ADR

   ☒ Settled as a result of ADR.             ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $3,500.00
8. Duration of ADR: Full Day  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   JIM JORDAN
   KAREN LESTER, PLF
   JEFF AVERY, PLF ATTY
   KRYSTAL MOODY, DEF
   HUMAN RESOURCE OFFICER
   SHERALYN PIERRE, INS ADJ
   MICHAEL DEPONTE, DEF ATTY

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

*/s/Jim Jordan*

Signature

April 21, 2025
Date

6333 East Mockingbird Lane, Dallas, TX 75214
Address

(214)528-1411
Telephone