**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **KAREN LESTER** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | Case No. 2:23-cv-00624-RWS-RSP |
| § | |
| **WILEY COLLEGE,** § | |
| § | |
| *Defendant*. § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Karen Lester and Defendant Wiley College (collectively, "the Parties"), by and through their attorneys, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes, and parties, with each party bearing that party's attorneys' fees and costs.

Dated: June 26, 2025              Respectfully submitted,

          **DOYLE DENNIS AVERY LLP**

          */s/ Jeffrey I. Avery (with permission)*
          Michael Patrick Doyle
          State Bar No. 06095650
          mdoyle@doylelawfirm.com
          Patrick M. Dennis
          State Bar No. 24045777
          pdennis@doylelawfirm.com
          Jeffrey I. Avery
          State Bar No. 24085185
          jeffavery@doylelawfirm.com
          Jordan A. Kennington
          State Bar No. 24130866
          jkennington@doylelawfirm.com
          3401 Allen Parkway, Suite 100
          Houston, TX  77019
          T (713) 571-1146
          F (713) 571-1148
          **ATTORNEYS FOR PLAINTIFF**

**JACKSON LEWIS P.C.**

*/s/ Michael J. DePonte*
Michael J. DePonte
State Bar No. 24001392
michael.deponte@jacksonlewis.com
Avvennett Gezahan
State Bar No. 24099895
avvennett.gezahan@jacksonlewis.com
500 N. Akard, Suite 2500
Dallas, Texas 75201
T:  (214) 520-2400
F:  (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on June 26, 2025, with a copy of this document via the Court's CM/ECF system.

*/s/ Michael J. DePonte*
Michael J. DePonte